UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWAR GUERRA-COREA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:22-cv-01192-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: December 30, 2022

Petitioner, who is proceeding *pro se*, filed a proposed habeas corpus petition pursuant to 28 U.S.C. § 2241, but did not submit the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. On August 29, 2022, the Clerk mailed petitioner a letter at his address of record, informing him of the deficiency and granting him until September 28, 2022, to pay the filing fee or submit an IFP application. Dkt. 2. On September 12, 2022, the Clerk's letter was returned to the Court as undeliverable. Dkt. 4. To date, petitioner has not provided the Court with an updated address, paid the filing fee, or submitted an IFP application.

Pursuant to Local Civil Rule ("LCR") 41(b), *pro se* parties are required to keep the Court and opposing parties advised of their current mailing address. LCR 41(b). If mail sent to a *pro se*

1   petitioner by the Clerk is returned as undeliverable, and if the petitioner fails to notify the Court

2   and opposing parties of his or her current mailing address within 60 days of the mail being

3   returned as undeliverable, the Court may dismiss the action without prejudice for failure to

4   prosecute. *Id.* Here, more than 60 days have passed since the copy of the Clerk's letter was

5   returned as undeliverable. Accordingly, the Court recommends that this action be DISMISSED

6   without prejudice for failure to prosecute. *See* LCR 41(b). A proposed order accompanies this

7   report and recommendation.

8          Objections to this report and recommendation, if any, should be filed with the Clerk and

9   served upon all parties to this suit within **21 days** of the date on which this report and

10  recommendation is signed. Failure to file objections within the specified time may affect your

11  right to appeal. Objections should be noted for consideration on the District Judge's motions

12  calendar for the third Friday after they are filed. Responses to objections may be filed within **14**

13  **days** after service of objections. If no timely objections are filed, the matter will be ready for

14  consideration by the District Judge on **December 30, 2022**.

15         Dated this 7th day of December, 2022.

16

17                                           J. Richard Creatura
                                             Chief United States Magistrate Judge
18

19

20

21

22

23

24