UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWAR GUERRA-COREA, <br><br> Petitioner, <br><br> v. <br><br> ICE FIELD OFFICE DIRECTOR, <br><br> Respondent. | CASE NO. C22-1192 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Chief Magistrate Judge J. Richard Creatura's Report and Recommendation ("R&R"). Dkt. 5. Judge Creatura recommends the Court dismiss Petitioner Edwar Guerra-Corea's case without prejudice for failure to prosecute under LCR 41(b) after he failed to submit a filing fee or an application to proceed *in forma pauperis*. *Id.* The Court, having considered the R&R and the remaining record, and no objections having been filed, orders as follows:

(1) The R&R is **ADOPTED**;

(2) This action is **DISMISSED without prejudice** for failure to prosecute;

(3) The Clerk is directed to send copies of this Order to Petitioner and the Honorable J. Richard Creatura; and

ORDER - 1

1  (4)  The Clerk shall enter JUDGMENT and close this case.

2  Dated this 10th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge